UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FREDDIE CULP, | ) | 11-CV-4411(FB)(SMG) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | **DECLARATION OF** |
| | ) | **MICHAEL ARCATI** |
| WILLIAM BISSO,, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

MICHAEL ARCATI deposes and says:

    1.  I am an Assistant Attorney General in the Office of Eric T. Schneiderman, the Attorney General of the State of New York, attorney for the defendants in the above-captioned action.

    2.  I make this declaration in support of my withdrawal of my appearance in this action in accord with Local Rule 1.4.

    3.  My cause for withdrawal is that I will no longer be employed by the Office of the Attorney General of the State of New York due to my relocation to the State of New Jersey.

MICHAEL ARCATI, declares under penalty of perjury, that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746:

MICHAEL ARCATI

Executed:
May 10, 2012
New York, New York